**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00043-BNB

LAUREN NETTINA,

    Plaintiff,

v.

U.S. BANCORP,
WELLS FARGO AND COMPANY,
JPMORGAN CHASE AND COMPANY, and
AMERICAN EXPRESS COMPANY,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on seven pending motions.  This minute order will not address the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 filed on January 4, 2010.  Rather, it will address the pending motions filed on January 8, 2010 (motions for the Court to refer to other civil cases that are pertinent to this case, for protection, and for the Court to assume financial responsibility for case copies) and filed on January 11, 2010 (motions for the Court to assume financial responsibility for the notary public requirement, for the Court to send postal mail to one address, and for the court to issue an opinion prior to receiving a complaint).

    All motions filed on January 8 and 11, 2010, are DENIED except for the motion for the Court to send postal mail to one address.  That motion is GRANTED with the stipulation that the General Delivery mailing address for Plaintiff, Lauren Nettina, be listed as follows:  Lauren Nettina, c/o General Delivery, 951 20th Street, Denver, CO 80202.  Plaintiff is directed to refrain from filing with the Court unnecessary motions prior to the filing of her complaint.  Failure to comply with this directive may result in the dismissal of the instant action.

Dated:  January 12, 2010