IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00043-ZLW

LAUREN NETTINA,

    Plaintiff,

v.

U.S. BANCORP,
WELLS FARGO AND COMPANY,
JPMORGAN CHASE AND COMPANY, and
AMERICAN EXPRESS COMPANY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on three pending motions (Doc. Nos. 20, 22 and 21) filed on March 10 and 11, 2010. These motions are DENIED as moot. This case was dismissed on February 18, 2010. Filings will not be considered after the dismissal of a case. The clerk of the Court is instructed to strike any further filings by Ms. Nettina in this dismissed action.

Dated: March 12, 2010